IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| PHYLLIS JONES, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 5:09-CV-387(MTT) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) ) |
| Defendant. | ) ) |

## ORDER

This case is before the Court on the Recommendation (Doc. 14) of United States Magistrate Judge Stephen Hyles on the Plaintiff's Complaint (Doc. 1) seeking review, under 42 U.S.C. §§ 405(g) and 1383(c), of the Commissioner of Social Security's denial of the Plaintiff's application for Social Security disability benefits for lack of disability. The Magistrate Judge, having reviewed the case pursuant to 28 U.S.C. § 636 and 42 U.S.C. § 405(g), recommends denying the Plaintiff's Complaint because the Commissioner's denial of benefits was supported by substantial evidence and the correct legal standards were applied. The Plaintiff has objected to the Recommendation (Doc. 15) and the Court has thoroughly considered Petitioner's Objection and has made a de novo determination of the portions of the Recommendation to which Petitioner objects.

The Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge. The Recommendation is adopted and made the order of this Court. The decision of the Commissioner of Social Security is **AFFIRMED**.

**SO ORDERED**, this the 9th day of November, 2010.

                                                  <u>S/ Marc T. Treadwell</u>
                                                MARC T. TREADWELL, JUDGE
                                                UNITED STATES DISTRICT COURT

jch